UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.

JULIE A. THOMSEN, et al.,

    Defendants.
_____/

Case No. 1:24-cv-1131

Hon. Hala Y. Jarbou

**ORDER DENYING LEAVE TO PROCEED**
**_IN FORMA PAUPERIS_ ON APPEAL**

This is an interpleader action concerning the proper beneficiary or beneficiaries of a life insurance policy. The Court entered default judgment directing disbursement of funds on October 24, 2025. (ECF No. 76.) Defendant Howe has filed a notice of appeal and a request to proceed without payment of the filing fee on appeal. (ECF Nos. 77, 82.)

A non-prisoner desiring to proceed on appeal *in forma pauperis* must obtain pauper status under Federal Rule of Appellate Procedure 24(a). *See Callihan v. Schneider*, 178 F.3d 800, 803–04 (6th Cir.1999). Rule 24(a) provides that if a party seeks pauper status on appeal, she must first file a motion in the district court, along with a supporting affidavit. Fed. R. App. P. 24(a)(1). However, Rule 24(a) also provides that if the district court certifies that an appeal would not be taken in good faith, or otherwise denies leave to appeal *in forma pauperis*, the party must file her motion to proceed *in forma pauperis* in the Court of Appeals. Fed. R. App. P. 24(a)(4)-(5); *see also* 28 U.S.C. § 1915(a)(3) (providing that "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith").

Good faith is judged objectively, *see Coppedge v. United States*, 369 U.S. 438, 445 (1961), and an appeal is not taken in good faith if the issue presented is frivolous, defined as lacking an arguable basis either in fact or law. *See Dellis v. Corr. Corp. of Am.*, 257 F.3d 508, 511 (6th Cir. 2001). For the reasons stated in the Report and Recommendation (ECF No. 58), Order Adopting in Part (ECF No. 64), Order directing Defendant Thomsen to provide payment information (ECF No. 65), and Order overruling objections and denying various motions (ECF No. 75), Defendant's appeal is frivolous and lacking in good faith.

Accordingly,

**IT IS ORDERED** that Defendant's request to proceed without payment of the filing fee (ECF No. 82) is **DENIED**. If Defendant wishes to proceed with her appeal, she must pay the $605.00 appellate fee to the Clerk of this Court within 28 days of this order. *See* 28 U.S.C. §§ 1913, 1917; 6 Cir. I.O.P. 3; Court of Appeals Miscellaneous Fee Schedule § 1 (Dec. 1, 2023). Alternatively, Defendant may file a motion for leave to proceed *in forma pauperis* in the Court of Appeals pursuant to the requirement set forth in Fed. R. App. P. 24(a)(5).

**IT IS SO ORDERED.**

Dated: October 29, 2025         /s/ Hala Y. Jarbou
                                HALA Y. JARBOU
                                CHIEF UNITED STATES DISTRICT JUDGE